# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | 5:06-CR-37(1) |
| | § | |
| MELANIE DAWN ORR | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The above-entitled and numbered criminal action was heretofore referred to United States Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636. The Report of the Magistrate Judge which contains her proposed findings of fact and recommendations for the disposition of such action has been presented for consideration. No objections have been filed to the Report. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court. Accordingly, it is hereby

**ORDERED** that Defendant's supervised release is hereby **REVOKED**. Based upon Defendant's plea of true to the allegations, the Court finds Defendant violated her conditions of supervised release. It is further

**ORDERED** that Defendant, Melanie Dawn Orr, is committed to the custody of the Bureau of Prisons to be imprisoned for a term of eight (8) months with no term of supervised release to follow said term of imprisonment. It is further

**REQUESTED** that Defendant be allowed to serve her sentence at a facility closest to Texarkana, Texas facility. It is further

**REQUESTED** that Defendant be allowed to participate in any available substance abuse

treatment program or counseling for which she may be eligible.

**SIGNED this 30th day of June, 2009.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE